May 13, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

TRAMAINE CHARGOIS SINGLETON F/K/A TRAMAINE CHARGOIS,
Appellant

NO. 14-13-00040-CV            V.

ASHLEY ELLIOTT, Appellee

_____

    This cause, an appeal from the judgment in favor of appellee, Ashley Elliott, signed October 30, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

    We order appellant, Tramaine Chargois Singleton f/k/a Tramaine Chargois, to pay all costs incurred in this appeal.

    We further order this decision certified below for observance.